# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE,** a minor, | : | |
| | : | |
| Plaintiff, | : | **CASE NO.:  CV-14-288** |
| | : | |
| v. | : | JUDGE FROST |
| | : | |
| **BOARD OF EDUCATION FOR THE COLUMBUS CITY SCHOOLS, et al.,** | : | MAGISTRATE ABEL |
| | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties who have made an appearance in this case, by and through counsel, hereby stipulate to the voluntary dismissal of this cause of action against the Defendants. Said dismissal is without prejudice or otherwise upon the merits. Defendants Columbus School District Board of Education, Hershey and Porta do not hereby waive any rights under FRCP 41(d).

Respectfully submitted,                                              Respectfully submitted,

 / s/ Michael J. Rourke                                                 /s/ John C. Albert
Michael J. Rourke     (0022950)                         John C. Albert (0024164)
Timothy M. Mahler    (0079574)                         CRABBE, BROWN & JAMES, LLP
ROURKE & BLUMENTHAL, LLP                     500 South Front St., Suite 1200
495 South High Street, Suite 450                       Columbus, Ohio 43215
Columbus, Ohio  43215                                       T:  614-229-4528
T:  614.220.9200                                                   F:  614-229-4559
F:  614.220.7900                                                   jalbert@cbjlawyers.com
mrourke@randbllp.com
tmahler@randbllp.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2015, a copy of the foregoing was served via U.S. regular mail, postage prepaid, upon the following:

Todd L. Smith
FCI Fort Dix
Inmate Register No. 70394-061
5756 Hartford & Pointvile Road
Fort Dix, NJ 08640

                                                      */s/ Michael J. Rourke*